# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Manuel Oaxaca-Gonzalez,<br>a.k.a.: Javier Antonio Lopez-Urquidi,<br>(A070 679 033)<br>*Defendant* | )<br>)<br>) Case No. 17-477MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 23, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Manuel Oaxaca-Gonzalez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about August 2, 2007, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Sean K. Lokey for SAUSA Ryan J. Goldstein

☒ Continued on the attached sheet.

*Complainant's signature*

Valery Lozano,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 25, 2017

*Judge's signature*

City and state:  Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Valery Lozano, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 23, 2017, Manuel Oaxaca-Gonzalez was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Oaxaca-Gonzalez was examined by ICE Officer J. Collazo who determined Oaxaca-Gonzalez to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On October 24, 2017, Oaxaca-Gonzalez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Oaxaca-Gonzalez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Manuel Oaxaca-Gonzalez to be a citizen of Mexico and a previously deported criminal alien. Oaxaca-Gonzalez was removed from the United States to Mexico through El Paso, Texas, on or about August 2, 2007, pursuant to the reinstatement of an order of removal issued by an immigration judge.

There is no record of Oaxaca-Gonzalez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Oaxaca-Gonzalez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Manuel Oaxaca-Gonzalez was convicted of Reentry of a Removed Alien, on August 1, 2007, in United States District Court, District of New Mexico. Oaxaca-Gonzalez was sentenced to seventy-three (73) days' imprisonment. Oaxaca-Gonzalez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 24, 2017, Manuel Oaxaca-Gonzalez was advised of his constitutional rights. Oaxaca-Gonzalez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 23, 2017, Manuel Oaxaca-Gonzalez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about August 2, 2007, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Valery Lozano,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 25th day of October, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge